## DAILEY *v.* DEINHART.

[No. 2,671. Filed March 10, 1899.]

From the Benton Circuit Court. *Appeal dismissed.*

*D. Smith, G. H. Gray* and *B. B. Berry,* for appellant.
*Daniel Fraser, W. H. Isham* and *M. S. Hays,* for appellee.

PER CURIAM.—Upon the motion of the appellee this appeal is dismissed on the authority of *Dougherty* v. *Brown,* 21 Ind. App. 115, in which the question involved in the motion now before us is fully considered and decided.